JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIYE PARK and TED SUMIDA, on behalf of themselves and all others similarly situated,,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>CARLYLE/GALAXY SAN PEDRO, L.P., CARLYLE SAN PEDRO GP, L.L.C., GALAXY SAN PEDRO, L.L.C., CARLYLE SAN PEDRO, L.L.C., CARLYLE REALTY PARTNERS IV, L.P., GALAXY COMMERCIAL HOLDING, L.L.C., RAFFI COHEN,<br><br>　　　　　　　Defendants. | CASE NO. CV 09-00793 MMM (AJWx)<br><br>JUDGMENT |

On October 8, 2009, the court entered an order finally approving the parties' settlement of this class action. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That the court certifies a settlement class comprised of all individuals and entities who are (a) a purchaser (or co-purchaser) who entered into a Purchase Agreement to purchase a Unit at the Property between April 1, 2006 and March 31, 2009; and

        (b) a party to an Escrow that remains open as of May 1, 2009 with regard to the purchase of a Unit at the Property for a Purchase Agreement signed between April 1, 2006 and March 31, 2009.

2. That the settlement administrator shall within 14 days of the date of this order distribute to class members 27.25% of the amount deposited by them in escrow for the purchase of a unit at the Vue, after deducting any remaining escrow fees owed to the escrow holder 50% from the amount to be distributed to the class members and 50% from defendants' share of the amount still held in escrow;

3. That any settlement administration costs shall be paid in equal shares by the class and defendants;

4. That class counsel shall be paid $282,766.30 in reasonable attorneys' fees;

5. That the named plaintiffs shall each receive an incentive payment of $2,000;

6. That plaintiffs' claims be, and they hereby are, dismissed with prejudice on the terms and conditions set forth in the parties' settlement agreement, and that all plaintiffs who elected to participate in this action release all claims against defendants as set forth in the settlement agreement; and

7. That this action be, and it hereby is, dismissed.

The court retains jurisdiction for the purposes of supervising implementation of the parties' settlement.

DATED: October 8, 2009

                                              _____
                                              MARGARET M. MORROW
                                              UNITED STATES DISTRICT JUDGE